UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re GERALD STANLEY,

          Plaintiff

No. C 14-4536 PJH (PR)

**ORDER OF DISMISSAL**

_____/

      This case was opened when plaintiff wrote a letter to the court regarding his health and outdoor exercise. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      Plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: November 18, 2014.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.14\Stanley4536.dsm-ifp.wpd